THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Mark Moyers,       
Appellant.
 
 
 

Appeal From Bamberg County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-409
Submitted April 21, 2004  Filed June 24, 2004 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Harold M. Coombs, 
 Jr., all of Columbia; and Solicitor Barbara R. Morgan of Aiken, for Respondent.
 
 
 

PER CURIAM:  Mark Moyers (Appellant) was 
 convicted of three counts of willful failure to file state income tax returns.  
 He received consecutive sentences of one year in prison and was ordered to pay 
 costs and assessments on each count. 
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.             
APPEAL DISMISSED. [1] 
GOOSLBY, HOWARD, and BEATTY, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.